**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PAULA DOVE JENNINGS,** | § | |
| **ADAM JENNINGS, AND** | § | |
| **KEITH HUERTAS, Plaintiffs** | § | |
| | § | **C.A. No. 03-572T** |
| **v.** | § | |
| | § | |
| **STATE OF RHODE ISLAND,** | § | |
| **STEVEN M. PARE, as representative of the** | § | |
| **RHODE ISLAND STATE POLICE,** | § | |
| **KEN BELL, KENNETH JONES,** | § | |
| **WILFRED HILL, JAMES DEMERS,** | § | |
| **KENNETH BUONIAUTO, STACI** | § | |
| **SHEPHERD, MICHELLE KERSHAW,** | § | |
| **AND JOHN DOE 5, Defendants** | § | |

**WITHDRAWAL OF APPEARANCE**

I, Amy Vignali Coleman, Special Assistant Attorney General, do hereby withdraw my appearance as counsel for the Defendant in the above captioned matter.

Respectfully submitted,

STATE OF RHODE ISLAND,
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Amy Vignali Coleman, Esq. (#5319)
Special Assistant Attorney General
Department of the Attorney General
150 S. Main St., Providence, RI 02903
(401) 274-4400 Ext. 2297

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Withdrawal of Appearance was mailed, postage prepaid, on this 12th day of August, 05 the person or persons indicated below: Carol Wolff Fallon, Rhode Island State Police, Office of Legal Counsel, 311 Danielson Pike, North Scituate, RI 02857 and Michael Bradley, Esq., 39 Grove Avenue, Westerly, RI 02891.