# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

PAULLA DOVE JENNINGS, ADAM JENNINGS, and KEITH HUERTAS,
Plaintiffs,

v. C.A. No. 03-572T

STEVEN M. PARE, in his representative capacity as Colonel of the RHODE ISLAND STATE POLICE, KENNETH BELL, KENNETH JONES, WILFRED HILL, JAMES DEMERS, KENNETH BUONIAUTO, STACI SHEPHERD, and MICHELLE KERSHAW,
Defendants,

## AMENDED JUDGMENT

[ X ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Pursuant to Memorandum and Order entered on 8/24/05, Judgment is entered for Defendant Kenneth Jones against Plaintiff Adam Jennings, granting Defendant's Motion for Judgment as a Matter of Law as to Plaintiff's Fourth Amendment Excessive Force Claim (Count 8) and his Battery Claim (Count 14).

Pursuant to Jury Verdict and two Oral Orders entered by Judge Torres on 3/23/05 and 3/28/05 as to Defendants' Motions for Judgment as a Matter of Law, Judgment enters for Defendants Wilfred Hill, James Demers, Kenneth Bell, Kenneth Buoniauto, Staci Shepherd, and Michelle Kershaw on all other Counts of the Complaint.

Enter:

Deputy Clerk

Dated: August 24, 2005