**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PAULA DOVE JENNINGS, ADAM JENNINGS, AND KEITH HUERTAS**<br>**Plaintiffs,** | : | **C.A. No.: 03-572T** |
| **V.** | | |
| **STEVEN M. PARE, in his Representative capacity as Colonel of the RHODE ISLAND STATE POLICE, KENNETH BELL KENNETH JONES, WILFRED HILL, JAMES DEMERS, KENNETH BUONIAUTO, STACI SHEPHERD, AND MICHELLE KERSHAW,** | : | **Notice of Appeal** |
| **Defendants,** | : | **September 21, 2005** |

Notice is hereby given that Adam Jennings, plaintiff in the above case, hereby appeals to the United States Court of Appeals for the First Circuit from a Judgment as a Matter of Law entered in favor of the defendant Kenneth Jones as to the plaintiff's

**MICHAEL BRADLEY** • *ATTORNEY AT LAW*
39 GROVE AVENUE • WESTERLY, RHODE ISLAND 02891 • (401) 596-0808 • JURIS NO. 305353 • R.I. CODE 3551

excessive force claim and battery claim, (counts 8 and 14 respectively, of the plaintiff's Amended Complaint), said judgment entered in this action on the 24th day of August, 2005.

Respectfully Submitted,

The Plaintiff, Adam Jennings
By his Attorney,

Charles Michael Bradley
39 Grove Ave.
Westerly, RI 02891
(401)596-0808
Federal Bar No.: 3551