UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

October 4, 2005

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: *CA 03-572T Paula Dove Jennings et al., v. Steven M. Pare et al.*

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: [signature]
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Appeal Cover Sheet; Notice of Appeal; Certificate of Clerk; Case File - Documents 56 and 78 not included (transcripts); Certified Copy of Docket.