UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

December 30, 2005

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***Paulla Dove Jennings, et al., v. State of Rhode Island, et al.***
***USDC CA 05-2522T*** ***COA: 03-572T***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
DEPUTY CLERK

encl.: Document # 56 - Transcript of Jury Trial (Excerpt - Testimony of Darren Delaney) held 3/23/05

Document # 78 - Transcript of Jury Trial (Excerpt - Testimony of Domingo Monroe) held 3/22/05

Document # 86 - Transcript of Jury Trial held March 21, 2005 - March 24, 2005; March 28, 2005 (5 Volumes)

Document # 87 - Transcript of Jury Trial (Excerpt - Testimony of Kenneth Jones) held 3/21/05

Document # 88 - Transcript of Jury Trial (Excerpt - Testimony of Wilfred K. Hill) held 3/21/05

Document # 89 - Transcript of Jury Trial (Excerpt - Testimony of Elwood M. Johnson, Jr.) held 3/23/05

Document # 90 - Transcript of Jury Trial (Excerpt - Testimony of Kenneth M. Bell) held 3/24/05

Certified Copy of Docket