UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

December 30, 2005

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***Paulla Dove Jennings, et al., v. State of Rhode Island, et al.***
***USDC CA 05-2522T*** ***COA: 03-572T***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Document # 92 - Transcript of Proceedings (Post-Trial Motions) held May 12, 2005 before Judge Ernest C. Torres; Certified Copy of Docket