USDC-RI
03-00572

# United States Court of Appeals
## For the First Circuit

No. 05-2522

ADAM JENNINGS,

Plaintiff, Appellant,

v.

KENNETH JONES,

Defendant, Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 8/17/07

**JUDGMENT**

Entered: August 17, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decision on the motion for judgment as a matter of law is vacated, the jury verdict is reinstated, and the matter is remanded to the district court for a ruling on the undecided motions for a new trial and remittitur. As the district court's ruling on Kenneth Jones' motion for judgment as a matter of law has been vacated, the district court's ruling on the undecided motions will not be conditional but, rather, will control the future course of proceedings.

By the Court:
Richard Cushing Donovan, Clerk

[signature]

By: Margaret Carter, Chief Deputy Clerk

[Certified copies to Hon. Ernest C. Torres and Mr. David DiMarzio, Clerk, United States District Court for Puerto Rico. Copies to Mr. Bradley and Ms. Partington.]