**UNITED STATES DISTICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PAULA DOVE JENNINGS,<br>ADAM JENNINGS AND<br>KEITH HUERTAS<br>Plaintiffs | : | |
| | : | C.A. No. 03-572T |
| v. | : | |
| KEN BELL, KENNETH JONES,<br>WILFRED HILL, JAMES DEMERS,<br>KENNETH BUONIAUTO, STACI<br>SHEPHERD, and MICHELLE KERSHAW<br>Defendants | : | |

**MOTION AND MEMORANDUM FOR STAY**

Now comes the Defendants in this matter and hereby request a stay of all proceedings in this matter. As grounds therefore, Defendant Kenneth Jones would show that on November 15, 2007, he filed a Petition for Writ of Certiorari with the United States Supreme Court. Jones prays that a stay issue until that Court finally disposes of the Petition for Writ of Certiorari.

Respectfully Submitted,

Defendants,
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*
______________________________

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
Fax (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 19th day of November 2007, to the person or persons indicated below:

*/s/ Rebecca Tedford Partington*

Michael Bradley, Esq.
39 Grove Avenue
Westerly, RI 02891