**UNITED STATES DISTICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PAULA DOVE JENNINGS,<br>ADAM JENNINGS AND<br>KEITH HUERTAS<br>Plaintiffs<br><br>v.<br><br>KEN BELL, KENNETH JONES,<br>WILFRED HILL, JAMES DEMERS,<br>KENNETH BUONIAUTO, STACI<br>SHEPHERD, and MICHELLE KERSHAW<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 03-572T |

**ENTRY OF APPEARANCE**

I, John M. Moreira, hereby enter my appearance as co-counsel for and on behalf of Defendant Kenneth Jones.

Respectfully Submitted,

Defendant
By His Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ John M. Moreira*

JOHN M. MOREIRA (7371)
Special Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2411
Fax: (401) 222-3016
jmoreira@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I have filed the within Entry of Appearance via the ECF System and that it is available for viewing and downloading and that I have caused a copy to be sent to the Attorney of Record listed below on this 5th day of June, 2008.

*/s/ John M. Moreira*

**Charles M Bradley**
bradley39@earthlink.net