**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PAULA DOVE JENNINGS, ET AL | : | |
| | : | |
| Plaintiff | : | C.A. No. 03-cv-572T |
| | : | |
| V. | : | |
| | : | |
| STEVEN M. PARE, in his representative Capacity as colonel of the RHODE ISLAND STATE POLICE, ET AL | : | |
| | : | July 1, 2008 |
| Defendants | : | |

## MOTION IN LIMINE FOR PERMISSION TO PRESENT KEVIN ROBISHAW AS A WITNESS FOR THE PLAINTIFF

As well as plaintiff's counsel can recall, this court has ruled in a chamber's conference that the plaintiff will be precluded from calling Kevin Robishaw as a witness because he was not on the plaintiff's witness list at the first trial of this matter.

Kevin Robishaw was a witness to the arrest of Adam Jennings and his testimony is expected to be relevant to the issue of whether Kenneth Jones' use of force was excessive.

Plaintiff's counsel has corresponded with attorney Rebecca Partington and has offered his cooperation in sitting for the deposition of Kevin Robishaw prior to trial at any time that can be worked out with attorney Partington.

Plaintiff's counsel has offered to provide attorney Partington with Mr. Robishaw's address and telephone number. Attached and marked as exhibit 1 is a letter faxed to attorney Partington on June 27, 2008 offering the full cooperation of plaintiff's counsel.

While plaintiff's counsel admits, as he must, that he has found no legal precedent supporting his right to call a witness at a new trial that was not called initially, but he can't find any precedent the calling of a new witness at a new trial is prohibited.

Plaintiff's counsel hereby represents to this court that he was not aware of Kevin Robishaw's observance of the arrest of Adam Jennings until the first trial of this matter had conluded.

RESPECTFULLY SUBMITTED,

/s/ Michael Bradley
Michael Bradley
39 Grove Avenue
Westerly, RI 02891
R.I. Code# 3551
(401) 596-0808
(401)596-1327 Fax

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing by first class mail, postage prepaid on this 1st day of July, 2008 to the following counsel of record:

Attorney John M. Moreira
Attorney Rebecca Tedford Partington
State of Rhode Island
Office of the Attorney General
Deputy Chief-Civil Division
150 South Main Street
Providence, RI 02903

/s/ Michael Bradley
Michael Bradley
39 Grove Avenue
Westerly, RI 02891
R.I. Code# 3551
(401) 596-0808
(401)596-1327 Fax

EXHIBIT 1

MICHAEL BRADLEY
*Attorney at Law*

RHODE ISLAND OFFICE:
39 GROVE AVENUE
WESTERLY, R.I. 02891
TEL. (401) 596-0808
FAX (401) 596-1327

LICENSED TO PRACTICE
CONNECTICUT
RHODE ISLAND

June 27, 2008

Attorney Rebecca Tedford Partington
Office of the Attorney General
150 South Main Street
Providence, Rhode Island 02903

via facsimile: 401-222-3016

**Re: Jennings v. Jones**
**Case No.: 03-572ML**

Dear Attorney Partington:

This is to inform you that I intend to call Kevin Robishaw as a witness in this matter and will cooperate with you in any way I can to accommodate your schedule if you are interested in deposing him prior to trial. I have his address and telephone number if you need them.

Sincerely yours,

MB

Michael Bradley