**UNITED STATES DISTICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADAM JENNINGS,** | : | |
| **Plaintiff** | : | **C.A. No. 03-572ML** |
| **v.** | : | |
| | : | |
| | : | |
| **KENNETH JONES,** | : | |
| **Defendant** | : | |

**OBJECTION TO REQUEST FOR PRODUCTION**

Now comes Defendant, Kenneth Jones, and objects to the Request for Production propounded by the Plaintiff on or about June 18, 2008. That Request seeks "A copy of any videotape of Dan Piccoli, Kevin Robeshaw or Paulla Dove Jennings testifying before the Brown University Commission hearings regarding The Narragansett Smoke Shop Raid."

As grounds for the objection, Jones would show that, by order of May 26, 2004, a discovery deadline of October 1, 2004 was established. Plaintiff has not moved to re-open discovery, so the Request is not timely, and is in violation of that Scheduling Order. Further, without waiving any objections, Jones would show that he provided the requested videotapes in response to a letter dated June 17, 2008.

Respectfully Submitted,

Defendant,
By His Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Partington*

Rebecca Tedford Partington # 3890
Deputy Chief--Civil Division
John Moreira # 7371
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
Fax (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I have filed the within Objection via the ECF System and that it is available for viewing and downloading and that I have caused a copy to be sent to the Attorney of Record listed below on this 3rd day of July, 2008.

/s/ *Rebecca Partington*

**Charles M Bradley**
bradley39@earthlink.net