**UNITED STATES DISTICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADAM JENNINGS** | : | |
| **Plaintiff** | : | **C.A. No. 03-572ML** |
| **v.** | : | |
| | : | |
| | : | |
| **KENNETH JONES,** | : | |
| **Defendant** | : | |

**NOTICE OF INTENTION TO OFFER RECORDED TESTIMONY IN LIEU OF LIVE TESTIMONY**

Now comes Defendant, Kenneth Jones, and represents to the Court that, because Detective James Demers will be out of state on a previously scheduled family vacation, he intends to offer Demers' testimony given in this Court on March 24, 2005, in the previous trial of this case. Specifically, Jones will offer the following testimony:

- Page 55, lines 6-25;
- Page 56, lines 1-25 (entire page);
- Page 57-62, lines 1-25 (entire pages);
- Page 63, lines 1-9, lines 16-25;
- Pages 64-65, lines 1-25 (entire pages)
- Page 66, lines 1-13, 19-25;
- Pages 67-69, lines 1-25 (entire pages);
- Page 70, lines 1-5, 12-25;
- Page 71, lines 1-22;
- Page 78, line 25;
- Page 79, lines 1-16.

Respectfully Submitted,

Defendant,
By His Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Partington*
*/s/John Moreira*

Rebecca Tedford Partington # 3890
Deputy Chief--Civil Division
John Moreira # 7371
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
Fax (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I have filed the within Notice of Intention via the ECF System and that it is available for viewing and downloading and that I have caused a copy to be sent to the Attorney of Record listed below on this 7th day of July, 2008.

/s/ *Rebecca Partington*

**Charles M Bradley**
bradley39@earthlink.net