**UNITED STATES DISTICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADAM JENNINGS,** | : | |
| **Plaintiff** | : | **C.A. No. 03-572ML** |
| **v.** | : | |
| | : | |
| | : | |
| **KENNETH JONES,** | : | |
| **Defendant** | : | |

**PROPOSED VOIR DIRE QUESTIONS**

1. The Plaintiff in this case, Adam Jennings, has sued Kenneth Jones, a member of the Rhode Island State Police. Do you or any one close to you know Adam Jennings or Kenneth Jones or anyone who works for the Rhode Island State Police?
2. Do any of you think just because someone files a lawsuit that they are entitled to money damages?
3. This case revolves around an incident at the Narragansett Smoke Shop in Charlestown, Rhode Island on July 14, 2003. Does anyone have any feelings or opinions concerning the actions of the State, the State Police, or any individual members of the State Police on that day? What are those feelings?
4. You will hear testimony that the Plaintiff in this case, Adam Jennings, had his ankle broken in an incident with Trooper Kenneth Jones on July 14, 2003. Is there anyone here who thinks that just because Jennings was injured means that he is entitled to recover money damages from Trooper Jones?
5. The focus of this case is not whether the State Police were justified in entering the property, nor is the case about anything that happened outside of the Smoke Shop in the parking lot area. Do any of you have knowledge of those matters? If so, would your knowledge of those

matters affect your ability to fairly and impartially sit as a juror on this case? Would you be able to put that knowledge out of your mind and decide this case only on the evidence that is presented to you during the course of this trial?

6. There has recently been a lot of publicity surrounding a trial in State Court in Providence. The subject of that case was similarly the events of July 14, 2003. Did any of you see any media coverage about that trial? Would your knowledge of that trial or its outcome affect your ability to fairly and impartially sit as a juror on this case? Would you be able to put that out of your mind and decide this case only on the evidence that is presented to you during the course of this trial?

7. This case is about actions taken inside of the Smoke Shop on that day, actions toward this specific Plaintiff, Adam Jennings. Do any of you have any knowledge about what went on inside of the Smoke Shop that day? What do you know?

8. Part of the evidence in this case will show that undercover officers were used to gather information about whether cigarettes were being sold illegally. Is there anyone who thinks that it is wrong to use undercover officers to gather information in this manner?

9. Do you or anyone close to you work for the State?

10. Do you or anyone close to you work in law enforcement?

11. Do you or anyone close to you smoke? Do you think that an entity such as the Narragansett Indians should be allowed to sell cigarettes without collecting taxes?

12. Are you or anyone close to you a member of an Indian Tribe? Which one? Would that affect your ability to sit on this jury?

13. Are you familiar with the opening of the Narragansett Smoke Shop on Route 2 in Charlestown, Rhode Island in July of 2003? Did you or anyone close to you visit the

Narragansett Smoke Shop at any time? Please explain your knowledge and whether the information would affect your ability to sit on this jury?

14. Do you have an opinion as to whether the Rhode Island State Police had a right to enter the Smoke Shop premises on July 14, 2003? What is that opinion? Would that opinion affect your ability to sit on this jury?

15. Have any of you seen video footage of the incident on July 14, 2003 when the Rhode Island State Police executed a search warrant at the Smoke Shop? What are your thoughts about what you saw? Have any of you read any news reports about that day? What effect did that have on you? What are your thoughts about the amount of force used by the Rhode Island State Police? About the resistance offered by the individuals on the premises? Do you believe that the Rhode Island State Police was justified in arresting individuals on the premises?

16. Do you have an opinion concerning the right or ability of the Narragansett Tribe to open and operate a casino in the State of Rhode Island? What is that opinion? Would your opinion affect your ability to sit on this jury?

17. Have you or anyone close to you ever been arrested? When? For what offense? What was the arresting agency? What was the outcome? Would that affect your ability to sit fairly and impartially on this jury?

18. Have you or anyone close to you been a party to a lawsuit? As Plaintiff or Defendant? What type of lawsuit was it? What was the outcome of that case? Would that affect your ability to sit fairly and impartially on this jury?

19. Sympathy is a natural human emotion. However, if you are chosen to sit on this jury, your consideration of this case, and your ultimate decision, must be based only on the testimony

and other evidence presented to you during the trial. Sympathy cannot enter in to your consideration of this case. Will you be able to set aside your emotions and decide this case based solely on the facts and law presented to you during the trial?

20. What is your occupation? That of your spouse or anyone else over 18 who lives in your household?
21. What is your educational background?
22. Have you ever been involved in a situation where a law enforcement agency came to where you were to serve a search warrant? When? What agency? What happened? Do you feel the situation was handled appropriately? Would that affect your ability to sit fairly and impartially on this jury?
23. Have you or anyone close to you ever had any dealings with State that might affect your ability to be fair and impartial in this case?
24. Kenneth Jones is a State Trooper, employed by the State of Rhode Island. Will you be able to treat him fairly, and treat him as you would any other party?
25. Many of the witnesses you'll hear from in this case are State Troopers. Will you be able to evaluate their testimony like any other witness? Would any of you tend to disbelieve a witness based solely on the fact that the individual is employed as a State Trooper?
26. Have any of you served on a jury before? When? Criminal or civil? State or Federal? How do you feel about that experience? Would that affect your ability to sit on this jury? What was the outcome of that case?
27. During all phases of the trial the Plaintiff goes first, he gets to present his testimony and evidence first. Will you be able to keep an open mind and not form an opinion until all of the evidence and testimony comes in?

28. Anything else you believe we ought to know about you before you are chosen to hear this case?

29. An officer may use reasonable force to detain the occupants of a premises that is being searched pursuant to a search warrant. The use of reasonable force is also an expected and necessary part of arresting an individual. Do any of you disagree with or generally object to the use of reasonable force in such situations?

Respectfully Submitted,

Defendant,
By His Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Partington*
*/s/ John Moreira*

Rebecca Tedford Partington # 3890
Deputy Chief--Civil Division
John Moreira # 7371
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
Fax (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I have filed the within via the ECF System and that it is available for viewing and downloading and that I have caused a copy to be sent to the Attorney of Record listed below on this 10th ay of July, 2008.

/s/ *Rebecca Partington*

**Charles M Bradley**
bradley39@earthlink.net