**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADAM JENNINGS, | : | |
| | : | |
| Plaintiff | : | C.A. No. 03-572ML |
| | : | |
| V. | : | |
| | : | |
| KENNETH JONES, | : | |
| | : | |
| | : | July 10, 2008 |
| Defendants | : | |

## PROPOSED VOIR DIRE QUESTIONS

1. The trial is to begin on July 22, 2008 and could go into the following week. Does this present a hardship?
2. Would anyone here have difficulty admitting in front of other people, me (Judge Almond), the other lawyers, the parties to the case or other prospective jurors that you had an opinion that you felt was politically incorrect or unpopular?
3. If anyone here has a problem answering any questions in front other people would you agree to notify the judge with a note?
4. Does anyone here harbor any bad feelings about the Narragansett Indians, other Indian tribes, or any other minority?

5. Has anyone seen any television broadcast or read anything in the newspaper concerning this case? If so, would that affect your objectivity?
6. What is your residence?
7. What is your marital status?
8. What is your present employment?
9. Do you have any physical handicaps (eyesight, hearing, etc.) that might interfere with your ability to hear, see, and understand evidence including video tapes and audio recordings?
10. Would it be a financial hardship for you to sit as a juror on this case?
11. Have you, any member of your family, or friends been employed in government or a governmental agency including town, city, or state government? If so, would that effect your objectivity in a suit against the state government?
12. Have you, any member of your family, or friends been engaged in law enforcement work?

13. The defendants are police officers. Do you feel that for any reason you might under any influence to decide this case in a certain way or weigh the evidence in any different way than you would if police officers were not involved?

14. Do you have a feeling that the testimony of the police officer is entitled to more weight than the testimony of a private individual or is to be believed over that of a citizen at least at the outset?

15. Have you or any member of your family been the victim of a crime? Follow up questions if answered in affirmative.

16. This case involves a raid upon the Narragansett smoke shop, an organization that was seeking to sell tax-free cigarettes on the Narragansett Tribal lands. Do you have a position with respect to smoking which might affect your objectivity in this case?

17. Do you have any feelings with respect to indians, gambling, or the establishment of a casino in Rhode Island which might affect your objectivity in this case?

18. If in this case you were to find that the plaintiff here was claiming that he was on sovereign indian land on the day of the incident would you have difficulty accepting that he still had constitutional rights as an American citizen?
19. Would you have difficulty in awarding damages to a person if the award was compensation for a violation of his civil rights?
20. How do you feel about the size of money damages awarded in trials today?
21. The plaintiff has the burden of proof in this case. The burden he has to carry is defined as a preponderance of the evidence, not the burden to prove anything beyond a reasonable doubt, which is the standard of proof in a criminal case. The civil standard, preponderance of the evidence, simply means that the plaintiff has to prove facts “more likely than not”. Would you have any difficulty applying the court standard?

/s/ Michael Bradley
Michael Bradley
39 Grove Avenue
Westerly, RI 02891
R.I. Code# 3551
(401) 596-0808
(401)596-1327 Fax

# CERTIFICATION

I hereby certify that I have filed the within ***Plaintiff's Objection to Defendant's Motion in Limine*** via the ECF System and that it is available for viewing and downloading and that I have caused a copy to be send on this 8th day of July, 2008 to the following counsel of record:

John M. Moreira
Rebecca Tedford Partington
State of Rhode Island
Office of the Attorney General
Deputy Chief-Civil Division
150 South Main Street
Providence, RI 02903

/s/ Michael Bradley
Michael Bradley
39 Grove Avenue
Westerly, RI 02891
R.I. Code# 3551
(401) 596-0808
(401)596-1327 Fax