| | | |
|---|---|---|
| ADAM JENNINGS, | : | |
| | : | |
| Plaintiff | : | C.A. No. 03-572ML |
| | : | |
| V. | : | |
| | : | |
| KENNETH JONES, | : | |
| : | | |
| | : | July 10, 2008 |
| Defendants | : | |

## SUPPLEMENTAL DISCLOSURE OF WITNESS

The plaintiff hereby discloses Kevin Robishaw as a witness in this case. It is expected that Robishaw would testify as to his personal observations of the subduing of Adam Jennings. Robishaw saw Jennings subdued before Jennings screams in pain.

/s/ Michael Bradley
Michael Bradley
39 Grove Avenue
Westerly, RI 02891
R.I. Code# 3551
(401) 596-0808
(401)596-1327 Fax

# CERTIFICATION

I hereby certify that I have filed the within ***Supplemental Disclosure of Witness*** via the ECF System and that it is available for viewing and downloading and that I have caused a copy to be send on this 10th day of July, 2008 to the following counsel of record:

John M. Moreira
Moreira_j@riag.ri.gov
Rebecca Tedford Partington
rpartington@riag.ri.gov

/s/ Michael Bradley
Michael Bradley
39 Grove Avenue
Westerly, RI 02891
R.I. Code# 3551
(401) 596-0808
(401)596-1327 Fax