**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADAM JENNINGS, Plaintiff | : | C.A. No. 03-572ML |
| V. | : | |
| KENNETH JONES, Defendants | : | July 15, 2008 |

## NOTICE OF INTENTION TO OFFER RECORDED TESTIMONY IN LIEU OF LIVE TESTIMONY

Now comes the plaintiff, Adam Jennings and against the possibility that the court allows the recorded testimony of Demers, hereby offers the following testimony of Demers adduced on March 24, 2005 in the previous trial of this case:

- page 71, lines 24 -25;
- page 72, lines 1- 25;
- page 73, lines 1- 25;
- page 74, lines 1- 25;
- page 75, lines 1-25;

- page 76, lines 1-25;
- page 77, lines 1-25;
- page 78, line 1- 15.

RESPECTFULLY SUBMITTED,

/s/ Michael Bradley

Michael Bradley
39 Grove Avenue
Westerly, RI 02891
R.I. Code# 3551
(401) 596-0808
(401)596-1327 Fax

**CERTIFICATION**

I hereby certify that I have filed the within ***Notice of intention to offer recorded testimony in lieu of live testimony*** via the ECF System and that it is available for viewing and downloading and that I have caused a copy to be send on this 15th day of July, 2008 to the following counsel of record:

John M. Moreira
Mareira_j@riag.ri.gov
Rebecca Tedford Partington
rpartington@riag.ri.gov

/s/ Michael Bradley
Michael Bradley
39 Grove Avenue
Westerly, RI 02891
R.I. Code# 3551
(401) 596-0808
(401)596-1327 Fax