**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADAM JENNINGS, Plaintiff | : | C.A. No. 03-572ML |
| V. | : | |
| KENNETH JONES, Defendants | : | July 18, 2008 |

# PLAINTIFF'S JURY INTERROGATORIES

1. Do you find that Trooper Kenneth Jones violated the right of Adam Jennings to be free from excessive force by escalating the amount of force he used upon the person of Adam Jennings without just cause?

2. If the answer to interrogatory number 1 is in the affirmative what amount of compensatory damages do you award to Adam Jennings due to the actions of Trooper Kenneth Jones?

3. If you feel that the actions of Jones violated Adam Jennings' right to be free from excessive force do you find that Jones' conduct was shown to be motivated by evil motive or intent, or involved reckless or callous indifference to Adam Jennings' rights?

4. If you answered the foregoing question in the affirmative, do you feel that punitive damages should be awarded against Trooper Kenneth Jones?

5. If the foregoing was in the affirmative what amount of punitive damages do you award?

THE PLAINTIFF,

/s/ Michael Bradley

Michael Bradley
39 Grove Avenue
Westerly, RI 02891
R.I. Code# 3551
(401) 596-0808
(401)596-1327 Fax

**CERTIFICATION**

I hereby certify that I have filed the within ***Plaintiff's jury interrogatories*** via the ECF System and that it is available for viewing and downloading and that I have caused a copy to be send on this 18th day of July, 2008 to the following counsel of record:

John M. Moreira
Mareira_j@riag.ri.gov
Rebecca Tedford Partington
rpartington@riag.ri.gov

/s/ Michael Bradley
Michael Bradley
39 Grove Avenue
Westerly, RI 02891
R.I. Code# 3551
(401) 596-0808
(401)596-1327 Fax