UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADAM JENNINGS

v. C.A. No. 03-572ML

KENNETH JONES

Verdict Form

1. Do you find that the plaintiff, Adam Jennings, has proven by a preponderance of the evidence that the defendant, Kenneth Jones, subjected the plaintiff to an unreasonable seizure by the use of excessive force in violation of section 1983, title 42 of the United States Code?

YES _____ NO X

*If you answered "YES" to question 1, please proceed to question 2. If you answered "NO" to question 1, you need not proceed further. Please sign and date this verdict form and return your verdict for the defendant.*

2. Do you find that the plaintiff has proven that he is entitled to recover compensatory damages from the defendant?

YES _____ NO _____

*If you answered "YES" to question 2, please proceed to question 3. If you answered "NO" to question 2, please proceed to question 4.*

3. Please enter the amount of compensatory damages that you award on the line provided below:

$_______________

*You need not proceed further. Please sign and date this verdict form and return your verdict for the plaintiff.*

4. If you find that the plaintiff is not entitled to compensatory damages, what amount of nominal damages do you award?

$_______________

*Please sign and date this verdict form.*

Signature of Foreperson

Date 7/28/08