AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Adam Jennings

V.

Kenneth Jones

**EXHIBIT AND WITNESS LIST**

Case Number: CA 03-572ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Michael Bradley | Rebecca Partington; John Moreira |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/22, 23, 24, 25, 28, 2008 | Karen Wischnowsky | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 7/22/2008 >>>>>> W-1: Domingo Monroe |
| | I | 7/22/2008 | x | | Domingo Monroe witness statement |
| | A | 7/22/2008 | | x | RI State Police DVD : smoke shop, interior7/25/2008 |
| | | | | | 7/22/2008 >>>>>> W-2: Adam Jennings |
| | J | 7/22/2008 | x | | Adam Jennings witness statement |
| | B | 7/22/2008 | | x | DVD (no audio): smoke shop, interior |
| | | | | | 7/22/2008 >>>>>> W-3: Kenneth Bell |
| 3 | | 7/22/2008 | x | | E-mail dated 1/25/08 from Wilfred Hill to "Ken and Ken" |
| -- | -- | | -- | -- | 7/23/2008 Examination of W-3 (K. Bell) resumes. |
| | H | 7/23/2008 | | x | Diagram: smoke shop interior |
| | H1 | 7/23/2008 | | x | EXH "H" Diagram, with markings |
| | H2 | 7/23/2008 | | x | EXH "H" Diagram, with markings |
| | B1 | 7/23/2008 | | x | Still from EXH "B" DVD, with markings |
| | H3 | 7/23/2008 | | x | EXH "H" Diagram, with markings |
| | | | | | 7/23/2008 >>>>>> W-4: Wilfred Hill |
| 4 | | 7/23/2008 | x | | Witness Statement of Wilfred Hill pages 2 & 3 |
| 5 | | 7/23/2008 | x | | Witness Statement: Wilfred Hill |
| | F | 7/23/2008 | | x | Photo: smoke shop interior |
| | F1 | 7/23/2008 | | x | EXH "F" Photo with markings |
| | | | | | 7/23/2008 >>>>>> W-5: Daniel Piccoli |
| | | | | | 7/23/2008 >>>>>> W-6: Dr. Stephen Gross |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Adam Jennings | vs. | Kenneth Jones | CASE NO. CA 03-572ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 7/24/2008 >>>>>> W-7: Reginald Allard |
| | | | | | 7/24/2008 >>>>>> W-8: Darren Delaney |
| | G | 7/24/2008 | | x | RI State Police Use of Force Continuum Model |
| | | | | | 7/24/2008 >>>>>> W-9: Kenneth Jones |
| | | | | | |
| | | | | | 7/25/2008 Examination of W-9 (K. Jones) resumes. |
| | | | | | 7/25/2008 >>>>>> W-10 Staci Shepherd |
| | H4 | 7/25/2008 | | x | EXH "H" Diagram, with markings |
| | | | | | 7/25/2008 >>>>>>> W-11 (James Demers), by way of prior deposition testimony |
| | | | | | 7/25/2008 >>>>>>> W-12 (Kenneth Buonaiuto) |
| 10 | | 7/25/2008 | x | | Witness Statement: K. Buonaiuto |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |