UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADAM JENNINGS,

Plaintiff,

v. C.A. No. 03-572ML

KENNETH JONES,

Defendant.

**ORDER**

Jury trial of this action commenced on July 22, 2008. At the conclusion of Plaintiff's presentation of evidence, Defendant, pursuant to Fed. R. Civ. P. 50, moved for judgment as a matter of law. The Court took the motion under advisement. At the conclusion of the presentation of all of the evidence, Defendant renewed his Rule 50 motion. The Court again took the motion under advisement. The case was submitted to the jury and the jury returned a verdict in favor of Defendant. The Court finds that Plaintiff presented sufficient evidence to support each element of his claim. See generally Fed. R. Civ. P. 50. For this reason, Defendant's motions are denied.

SO ORDERED.

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
July 29, 2008