# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**ADAM JENNINGS**
**Plaintiff,**

**v.** **C.A. 03-572ML**

**KENNETH JONES**
**Defendant.**

## JUDGMENT

[ ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**[X]** Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is entered for Defendant KENNETH JONES against Plaintiff ADAM JENNINGS, pursuant to the Jury Verdict published on July 28, 2008.**

Enter:

*Deputy Clerk*

DATED: **July 29, 2008**