**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**FILE NUMBER C.A. 03-572ML**

**ADAM JENNINGS** ]
**Plaintiff** ]
] **Notice of Appeal**
**V.** ]
]
**KENNETH JONES** ]

**Defendant**

Notice is hereby given that Adam Jennings, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on July 29, 2008.

Respectfully Submitted,

/s/ Charles Michael Bradley
Charles Michael Bradley
39 Grove Avenue
Westerly, Rhode Island 02891
401-596-0808
Federal Bar No.: 3551

**CERTIFICATION**

I hereby certify that I have e-filed this Notice of Appeal on August 26, 2008 and have filed this Notice of Appeal in person on August 26, 2008, and have provided the clerk of the court with copies of the notice ready for mailing to each attorney of record and to Karen Wischnowsky, court reporter, pursuant to Local Rule 45. I have also copied all of the above on this Notice of Appeal by mail on August 26, 2008.

/S/ Charles Michael Bradley
Charles Michael Bradley
39 Grove Avenue
Westerly, Rhode Island 02891
401-596-0808
Federal Bar No.: 3551