**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**FILE NUMBER C.A. 03-572ML**

| | | |
|---|---|---|
| **ADAM JENNINGS** | | |
| | ] | |
| **Plaintiff** | ] | **Amended** |
| | ] | **Notice of Appeal** |
| **V.** | ] | |
| | ] | |
| **KENNETH JONES** | ] | |

**Defendant**

Notice is hereby given that Adam Jennings, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from an order made by the court on May 27, 2008 denying the plaintiff's Motion for Reconsideration of the Defendant's Motion for New Trial (docket entry 104), from an order made by the court granting a new trial (Docket entry 105) and from the final judgment entered in this action on July 29, 2008.

Respectfully Submitted,

/S/Charles Michael Bradley
Charles Michael Bradley
39 Grove Avenue
Westerly, Rhode Island 02891
401-596-0808
Federal Bar No.: 3551

# CERTIFICATION

I hereby certify that I have e-filed this Amended Notice of Appeal on August 27, 2008 and have served this Amended Notice of Appeal by mail on August 27, 2008 to the following persons:

Attorney Rebecca T. Partington
Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903

Attorney John M. Moreira
Special Assistant Attorney General
R.I. Department of the Attorney General
150 South Main Street
Providence, RI 02903

Karen Wischnowsky
Court Reporter
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

/S/Charles Michael Bradley
Charles Michael Bradley
39 Grove Avenue
Westerly, Rhode Island 02891
401-596-0808
Federal Bar No.: 3551