UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

Date: 8.28.08

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CA 03-572ML **CCA#** ____________
Adam Jennings v. Kenneth Jones

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ____________
John Duhamel
Deputy Clerk

Encl: **Civil case file, including original transcripts (Doc. Nos. 56, 78, 86 [5 vols.], 87, 88, 89, 90, 92; certified docket**