UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. COURT OF APPEALS
RECEIVED
SEP 02 2008
FOR THE FIRST CIRCUIT

DAVID A. DIMARZIO
CLERK OF COURT

Date: 8.28.08

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CA 03-572ML
Adam Jennings v. Kenneth Jones

**CCA#** 08-2117

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Encl: **Civil case file, including original transcripts (Doc. Nos. 56, 78, 86 [5 vols.], 87, 88, 89, 90, 92; certified docket**